**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, STANDING TRUSTEE**
**30 TWO BRIDGES ROAD, SUITE 230**
**FAIRFIELD, NJ 07004**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

|                          |   | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
| In the matter of:        | : | DISTRICT OF NEW JERSEY |
|                          |   |   |
| **MARIE-ANN GREENBERG, TRUSTEE** | : | In Bankruptcy B- |
| **Chapter 13 Bankruptcy** |   |   |
|                          | : | STATEMENT OF UNDISTRIBUTED BALANCE |
| **Bankruptcy**           | : |   |

| Case # | Judge | Debtor's Name | Claim # | Creditor Name | Amount | Reason |
|---|---|---|---|---|---|---|
| 04-44640 | MS | Nerius, Marie | 0000 | Debtor's Refund | $1,017.00 | Not Cashing |

**June 22, 2005**
**To be Deposited into Can X600**        /s/Marie-Ann Greenberg
                                         **MARIE-ANN GREENBERG**
                                         **STANDING TRUSTEE**